AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**JEREMIAH J. BRADFIELD**

vs.

Case Number: **09-1228**

**USA**

**DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that based on the findings in the Court's May 11, 2010 Order and June 23, 2010 Evidentiary Hearing, the Court finds that there is no merit to the 28:2255 Motion.  The Motion is therefore denied.

ENTER this 23rd day of June, 2010

PAMELA E. ROBINSON, CLERK

BY: s/S.D. Fikes,
DEPUTY CLERK